**UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**AUSTIN DIVISION**

| | | |
|---|---|---|
| D.M. TRANS LLC d/b/a ARRIVE LOGISTICS, | ) | **CASE NO: 1:25-cv-00401-RP** |
| | ) | |
| | ) | **JUDGE ROBERT PITMAN** |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| GOLDEN MILE ENTERPRISES INC., | ) | |
| | ) | |
| Defendant. | ) | |

## MOTION TO SET DISPOSITIVE MOTION DEADLINE

Plaintiff D.M. Trans LLC d/b/a Arrive Logistics ("Arrive") hereby respectfully request that the Court set a new dispositive motion deadline due to Defendant Golden Mile Enterprises, Inc.'s ("Golden Mile") refusal or inability to schedule mediation in compliance with Local Rule CV-88. The Agreed Scheduling Order [Dkt. 20] set the dispositive motion deadline for March 2, 2026. Arrive requests that the Court set a new dispositive motion schedule, with motions due May 8, 2026.

The Agreed Scheduling Order required Arrive and Golden Mile (collectively, the "Parties") to complete a report on alternative dispute resolution by November 3, 2025. The Parties submitted their Joint CV-88 Report on Alternative Dispute Resolution on November 3, 2025. [Dkt.23.] The Parties agreed to private mediation to be completed on or before April 30, 2026. [Dkt.23.] Since that time, counsel for Arrive has requested that Golden Mile provide dates for mediation on multiple occasions—via email on March 3, 2026, via email that same day, while also providing Arrive's available dates for mediation, via voicemail March 11, 2026, via phone call April 6, 2026 and again via email April 13, 2026. See the emails between counsel attached hereto

as **Exhibits A, B, and C**. Arrive provided Golden Mile with multiple dates for the mediation. Golden Mile has yet to provide any dates for mediation or to even respond to that request.

Further complicating scheduling and deadlines in this matter, scheduling proposed depositions has been difficult. The Parties agreed jointly to continue discovery in this matter twice. First, on February 2, 2026 the Parties filed a Joint Motion to Continue the Discovery Deadline until April 2, 2026 [Dkt. 24], which such Motion was granted by this Court on February 3, 2026. Second, the Parties later jointly agreed to continue the Discovery Deadline until April 17, 2026, in an effort to schedule several depositions, including the deposition of Vijay Rajput, requested by Arrive, and the Rule 30(b)(6) deposition of Arrive, requested by Golden Mile. Counsel for Arrive provided multiple available dates for both depositions. Counsel for Golden Mile did not.

Based on the discovery that has occurred and the evidence gathered, Arrive will be able to establish through dispositive motion that there are no genuine issues of material fact as to Arrive's claim for breach of contract. Arrive has tried to accommodate and coordinate with Golden Mile, to no avail. Thus, the Court should set a new dispositive motion schedule to permit Arrive to file a motion for summary judgment.

<div style="margin-left:40%">

Respectfully submitted,

*/s/ Clare R. Taft*
Thomas O. Crist (24119645)
Eric Larson Zalud (*admitted pro hac vice*)
Clare R. Taft (*admitted pro hac vice*)
**BENESCH, FRIEDLANDER,**
**COPLAN & ARONOFF LLP**
127 Public Square, Suite 4900
Cleveland, Ohio  44114-2378
Telephone:  (216) 363-4500; Facsimile:  (216) 363-4588
Email: tcrist@beneschlaw.com; ezalud@beneschlaw.com
ctaft@beneschlaw.com
*Attorneys for Plaintiff D.M. Trans LLC, d/b/a Arrive Logistics*

</div>

28577708 v1

3

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that the foregoing was served via the Court's electronic filing system this 27th day of April 2026.

/s/ Clare R. Taft
Clare R. Taft
*One of the Attorneys for Plaintiff*

3

28577708 v1